# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

OUTSOURCING FACILITIES ASSOCIATION; NORTH AMERICAN CUSTOM LABORATORIES, LLC D/B/A FARMAKEIO CUSTOM COMPOUNDING,

Plaintiff

v.

UNITED STATES FOOD AND DRUG ADMINISTRATION; and SARA BRENNER, in her official capacity as Acting Commissioner of Food and Drugs,

Defendant

4:25-cv-174

Civil Action No.

### CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT

(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Outsourcing Facilities Association; North American Custom Laboratories, LLC d/b/a FarmaKeio Custom Compounding.

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

None.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

Outsourcing Facilities Association; North American Custom Laboratories LLC Partners; Southwest Home Solutions LLC; FarmaKeio AR LLC; FarmaKeio Outsourcing LLC; Evexias Holding Co LLC; Sutherland Solutions LLC; JL Graves Holdings LLC; JWRD Holdings LLC; Harris Portal Solutions LLC; Nilus LLC; Daniel DeNeui; Michael Cole; Justin Graves; Cody Boatman; Robert Harris; Paul Jowell

| | |
|---|---|
| Date: | February 24, 2025 |
| Signature: | /s/ Ty Doyle |
| Print Name: | Ty Doyle |
| Bar Number: | 24072075 |
| Address: | 811 Main St., Suite 1100 |
| City, State, Zip: | Houston, TX 77002 |
| Telephone: | (713) 646-1374 |
| Fax: | (713) 751-1717 |
| E-Mail: | tgdoyle@bakerlaw.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Other Documents => Certificate of Interested Persons/Disclosure Statement.