UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

Outsourcing Facilities Association, et al. §
*Plaintiff* §
§
§
§
v. § Case No. 4:25-cv-00174-P
§
§
U.S. Food and Drug Administration, et al. §
*Defendant* §
§

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

I.   Applicant is an attorney and a member of the law firm of (or practices under the name of)

Covington & Burling LLP                                                                          , with offices at

850 Tenth Street, NW
(Street Address)

Washington                                      DC                         20001
(City)                                          (State)                    (Zip Code)

(202) 662-6000                                  (202) 662-6302
(Telephone No.)                                 (Fax No.)


II.  Applicant will sign all filings with the name  Benjamin C. Block                         .


III. Applicant has been retained personally or as a member of the above-named firm by:

(List All Parties Represented)

Novo Nordisk Inc.




to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

IV.     Applicant is a member in good standing of the bar of the highest court of the state of
_____District of Columbia_____, where Applicant regularly practices law.

Bar license number: 479705          Admission date: 11/01/2002

<div style="float:right">For Court Use Only.<br>Bar Status Verified:<br>_____</div>

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

V.      Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| See attachment | | |
| | | |
| | | |
| | | |

VI.     Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

VII.    Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

VIII.   Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

IX. Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:  Case No. And Style:

02/18/2025   4:24-cv-00953-P, OFA et al. v. FDA et al.

_____   _____

_____   _____

(If necessary, attach statement of additional applications.)

X. Local counsel of record associated with Applicant in this matter is

Trevor Carolan, of Bowman and Brooke LLP, who resides in Dallas, Texas, and _____, who has offices at

5850 Granite Parkway, Suite 900
(Street Address)

Plano                                    Texas              75024
(City)                                   (State)            (Zip Code)

(972) 616-1700                           (972) 616-1701
(Telephone No.)                          (Facsimile No.)

XI. Check the appropriate box below.

For Application in a **Civil Case**

☑ Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

☐ Applicant has read and will comply with the local criminal rules of this court.

XII. Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the  3rd  day of March                      , 2025    .

Benjamin C. Block
Printed Name of Applicant

/s/ Benjamin C. Block
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.

# BENJAMIN C. BLOCK BAR ADMISSIONS

1. Commonwealth of Virginia, admitted on October 17, 2001, Bar No. 46669.

2. District of Columbia, admitted on November 1, 2002, Bar No. 479705.

3. Supreme Court of the United States, admitted on August 15, 2011.

4. United States Court of Appeals for the D.C. Circuit, admitted on April 30, 2002.

5. United States Court of Appeals for the Second Circuit, admitted on September 29, 2014.

6. United States Court of Appeals for the Third Circuit, admitted on June 2, 2014.

7. United States Court of Appeals for the Fourth Circuit, admitted on June 21, 2005.

8. United States Court of Appeals for the Fifth Circuit, admitted on December 1, 2003. Renewed December 4, 2023.

9. United States Court of Appeals for the Sixth Circuit, admitted on June 7, 2010.

10. United States Court of Appeals for the Seventh Circuit, admitted on June 2, 2014.

11. United States Court of Appeals for the Eighth Circuit, admitted on May 6, 2008.

12. United States Court of Appeals for the Ninth Circuit, admitted on October 13, 2005.

13. United States Court of Appeals for the Eleventh Circuit, admitted on June 1, 2009. Renewed April 2023.

14. United States Court of Appeals for the Federal Circuit, admitted on October 12, 2012.

15. United States Court of Appeals for Veterans Claims, admitted on December 1, 2014.

16. United States District Court for the District of Columbia, admitted on November 7, 2011. Renewed October 27, 2015; May 20, 2019; December 13, 2023.

17. United States District Court for the District of Maryland, admitted on March 7, 2003, Bar No. 15811. Renewed June 2012.

18. United States District Court for the Eastern District of Michigan, admitted on June 12, 2009.

19. United States District Court for the Eastern District of Virginia, admitted on August 16, 2013.



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

# Benjamin Conrad Block

was duly qualified and admitted on November 1, 2002 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on December 18, 2024.*

*JULIO A. CASTILLO*
*Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

**For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.**