UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

<u>Outsourcing Facilities Association, et al.</u> §
*Plaintiff* §
§
§
v. § Case No. <u>4:25-cv-00174-P</u>
§
§
<u>U.S. Food and Drug Administration, et al.</u> §
*Defendant* §

**ORDER FOR ADMISSION *PRO HAC VICE***

The Court has considered the Application for Admission *Pro Hac Vice* of

<u>Benjamin C. Block</u>.

It is ORDERED that:

☑ the application is granted. The Clerk of Court shall deposit the admission fee to the account of the Non-Appropriated Fund of this Court. It is further ORDERED that, if the Applicant has not already done so, the Applicant must register as an ECF User within 14 days. See LR 5.1(f) and LCrR 49.2(g).

☐ the application is denied. The Clerk of Court shall return the admission fee to the Applicant.

DATE                                    PRESIDING JUDGE