UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**OUTSOURCING FACILITIES
ASSOCIATION, ET AL.,**

   Plaintiffs,

v.                        No. 4:25-cv-0174-P

**UNITED STATES FOOD AND DRUG
ADMINISTRATION, ET AL.,**

   Defendants.

# ORDER

Before the Court is Novo Nordisk Inc.'s Unopposed Motion to Intervene. ECF No. 12. As the posture of the case currently stands, the named Defendants have yet to appear. Consequently, this Motion is premature and is **DENIED** without prejudice.

Additionally, it is worth pointing out that the judges of the Fort Worth Division notoriously require strict compliance with the Local Rules' local counsel requirement. N.D. Tex. L.R. 83.10(a). Oftentimes, even Dallas based counsel get into trouble in this division because they are unfamiliar with the judges, their requirements, and the pace in Fort Worth. *See Six Flags Ent. Corp. v. Travelers Cas. & Sur. Co. of Am.*, No. 4:21-cv-00670-P, 2021 WL 2064903, at *2 (N.D. Tex. May 21, 2021); *see also Greathouse v. Cap. Plus Fin.*, LLC, No. 4:22-CV-00686-P, 2024 WL 535218, at *1 n.2 (N.D. Tex. Feb. 6, 2024).

It appears that Novo Nordisk has retained as their local counsel an attorney based out of Plano—which is not in the Northern District of Texas. However, their *pro-hac-vice* applications indicate that Mr. Carolan lives in Dallas. It is perfectly acceptable to be represented by counsel from D.C. or Dallas in the Fort Worth Division, but Fort Worth is not a suburb of Dallas, and they are two vastly different cities and judicial divisions with different judges, juries, cultures, and histories.

*Cf.* Brian A. Cervantez, Amon Carter: A Lone Star Life 10 (2019) (providing that legend had it that Amon Carter's "hatred of Dallas was so entrenched that he always took a sack lunch to that city if he ever had to conduct business there so he could avoid enriching his arch nemesis"). Nevertheless, Novo Nordisk may refile their Motion once Defendants have appeared in this case.

**SO ORDERED** on this **4th day of March 2025.**

*[signature: Mark T. Pittman]*

MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE