UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**OUTSOURCING FACILITIES ASSOCIATION, ET AL.,**

  Plaintiffs,

v.                                          No. 4:25-cv-0174-P

**UNITED STATES FOOD AND DRUG ADMINISTRATION, ET AL.,**

  Defendants.

## ORDER

Before the Court is Novo Nordisk Inc.'s Unopposed Motion to Intervene. ECF No. 24. The Court, finding that good cause exists for Novo Nordisk's intervention in this case under Federal Rule of Civil Procedure 24, hereby **GRANTS** Novo Nordisk's Motion to Intervene.

Furthermore, it is hereby **ORDERED** that Defendants' deadline to respond to the complaint is extended until after the Court has ruled on the Parties' summary judgment motions.

**SO ORDERED** on this **5th day of March 2025.**

MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE