UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**OUTSOURCING FACILITIES ASSOCIATION, ET AL.,**

   Plaintiffs,

v.   No. 4:25-cv-0174-P

**UNITED STATES FOOD AND DRUG ADMINISTRATION, ET AL.,**

   Defendants.

### ORDER

Before the Court is the Parties' Joint Motion to Enter Scheduling Order. ECF No. 28. Having reviewed the Motion, it is hereby **GRANTED**.

Therefore, it is **ORDERED** that: (1) Plaintiffs shall file their motion for preliminary injunction two weeks after receiving the Decision Memorandum under the protective order entered this same day; (2) Defendants and Intervenor Defendant shall file their Responses three weeks after Plaintiffs' motion for preliminary injunction is filed; (3) Plaintiffs shall file their Reply one week after Defendants' Responses are filed; (4) Any motion for leave to file an *amicus* brief in support of Plaintiffs shall be filed within two weeks of Plaintiffs' motion; (5) Any motion for leave to file an *amicus* brief in support of Defendants shall be filed within three weeks of Plaintiffs' motion; (6) The parties shall notify the Court when Plaintiffs receive the Decision Memorandum under a protective order and set forth the dates of the deadlines described above; and (7) Defendants' responsive pleading deadlines are stayed through the Court's resolution of motions for summary judgment.

**SO ORDERED** on this **6th day of March 2025.**

MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE