# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# Fort Worth Division

| | |
|---|---|
| Outsourcing Facilities Association, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. Food and Drug Administration, *et al.*, <br><br> Defendants, and <br><br> Novo Nordisk Inc., <br><br> Intervenor-Defendant. | Case No. 4:25-cv-174-P |

## JOINT NOTICE REGARDING MOTION SCHEDULE

Pursuant to the Court's March 6, 2025 scheduling order in this case, ECF No. 30, the Parties submit this Joint Notice to set forth the dates of the deadlines for Plaintiffs' forthcoming motion for a preliminary injunction. Plaintiffs and Intervenor-Defendant received the unredacted Decision Memorandum on March 6, 2025, which results in the following deadlines:

1. Plaintiffs shall file their motion for a preliminary injunction by March 20, 2025.
2. Any motion for leave to file an *amicus* brief in support of Plaintiffs shall be filed by April 3, 2025.
3. Defendants shall file their opposition briefs by April 10, 2025.
4. Any motion for leave to file an *amicus* brief in support of Defendants shall be filed by April 10, 2025.
5. Plaintiffs shall file their reply brief by April 17, 2025.

DATED: MARCH 7, 2025

/s/ *Kristin A. Shapiro*
TY DOYLE
  Texas Bar No. 24072075
BAKER & HOSTETLER LLP

Respectfully submitted,

/s/ *Oliver McDonald*
OLIVER MCDONALD
  N.Y. Bar No. 5416789
KIMBERLY R. STEPHENS

811 Main Street, Suite 1100
Houston, TX 77002
(713) 646-1374
tgdoyle@bakerlaw.com

JEREMY B. KUSTOFF
   Texas Bar No. 24106984
BAKER & HOSTETLER LLP
2850 N. Harwood, Suite 1100
Dallas, TX 75201
(210) 355-5859
jkustoff@bakerlaw.com

ANDREW M. GROSSMAN**
RICHARD B. RAILE*
KRISTIN A. SHAPIRO*
MARC N. WAGNER**
BAKER & HOSTETLER LLP
1050 Connecticut Ave., N.W., Suite 1100
Washington, D.C. 20036
(202) 861-1697
AGrossman@bakerlaw.com

* *Pro hac vice* forthcoming
** Motion for admission forthcoming

*Attorneys for Plaintiffs*

N.Y. Bar No. 4656013
Trial Attorneys
Consumer Protection Branch
Civil Division
U.S. Department of Justice
P.O. Box 386
Washington, DC 20044-0386
(202) 305-0168 (McDonald)
(202) 305-0033 (Stephens)
(202) 514-8742 (fax)
Oliver.J.McDonald@usdoj.gov
Kimberly.R.Stephens@usdoj.gov

*Attorneys for Defendants*

/s/ *Daniel G. Randolph*
TREVOR CAROLAN
   Texas Bar No. 24128898
BOWMAN AND BROOKE LLP
5850 Granite Parkway, Suite 900
Plano, TX 75024
(972) 616-1700
(972) 616-1701 (fax)
Trevor.Carolan@bowmanandbrooke.com

BENJAMIN C. BLOCK*
THOMAS BRUGATO*
DANIEL G. RANDOLPH*
COVINGTON & BURLING LLP
One City Center
850 10th Street NW
Washington, D.C. 20001
(202) 662-6000
(202) 662-6302 (fax)
bblock@cov.com
tbrugato@cov.com
drandolph@cov.com

* admitted *pro hac vice*

*Attorneys for Intervenor-Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the CM/ECF system, will be sent via electronic mail to the registered participants as identified on the Notice of Electronic Filing.

March 7, 2025                                     /s/ *Oliver McDonald*
                                                  OLIVER MCDONALD