UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**OUTSOURCING FACILITIES ASSOCIATION, ET AL.,**

  Plaintiffs,

v.   No. 4:25-cv-0174-P

**UNITED STATES FOOD AND DRUG ADMINISTRATION, ET AL.,**

  Defendants.

### FINAL JUDGMENT

This final judgment is issued pursuant to Federal Rule of Civil Procedure 58(a). In accordance with the Court's Order on this same day, this case is **DISMISSED with prejudice**. The Clerk of the Court shall transmit a true copy of this judgment to the parties.

**SO ORDERED** on this **17th day of June 2025.**

_____
MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE